(80 South. 406)

### CONWELL v. RICE.  (7 Div. 939.)

(Supreme Court of Alabama.  Nov. 28, 1918.)

BILLS AND NOTES ☞90 — ENFORCEMENT —
CONSIDERATION.

A note which is a mere gratuitous promise
to pay is unenforceable.

Appeal from Circuit Court, Etowah County; O. A. Steele, Judge.

Action by T. A. Conwell against Sam Rice.
From an adverse judgment, plaintiff appeals.
Transferred from Court of Appeals under
Acts 1911, p. 450, § 6.  Affirmed.

James D. Giles and Motley & Motley, all
of Gadsden, for appellant.

White & Lusk, of Gadsden, for appellee.

SOMERVILLE, J.  Without undertaking
to discuss the evidence in this case, our opinion is that the trial court was justified in
finding for the defendant on the theory, asserted by plea, that the note sued on was
without any valuable consideration, whether
of benefit to the defendant, or of detriment
to the plaintiff.  Being a merely gratuitous
promise to pay money, the note is not enforceable.  We see no reason for disturbing
the judgment, and it will be affirmed.

Affirmed.

ANDERSON, C. J., and MAYFIELD and
THOMAS, JJ., concur.